STATE of Missouri, Respondent,

v.

**Ahmad H. AL–HAYDAR, Appellant.**

**No. WD 70501.**

Missouri Court of Appeals, Western District.

April 20, 2010.

Application for Transfer Denied Aug. 31, 2010.

Ahmad H. Al–Haydar, Bowling Green, MO, pro se.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, C.J., JOSEPH M. ELLIS, and CYNTHIA L. MARTIN, JJ.

### ORDER

PER CURIAM:

Mr. Ahmad Al–Haydar appeals *pro se* from a conviction entered after a jury trial for sexual assault, section 566.040. He raises five points on appeal. For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).